1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEPHEN ALEXANDER MCGAVOCK                    1:08-cv-1813-SMS(PC)

12              Petitioner,

13        vs.                                      ORDER OF TRANSFER

14   EDMUND G. BROWN

15              Respondent.

16   _____/

17        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

18   U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

19        The federal venue statute requires that a civil action, other than one based on diversity

20   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

21   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

22   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

23   situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which

24   the action may otherwise be brought." 28 U.S.C.  §  1391(b).

25        In this case, the petitioner is challenging a conviction from Nevada County, which is in the

26   District of Nevada.  Therefore, the petition should have been filed in the United States District Court for

27   the  District of Nevada-Las Vegas.  In the interest of justice, a federal court may transfer a case filed in

28   the wrong district to the correct district.  See 28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918,

1   932 (D.C. Cir. 1974).

2          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

3   District Court for the  District of Nevada-Las Vegas.

4

5   IT IS SO ORDERED.

6   **Dated:    December 1, 2008**                    **/s/ Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28